# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11874-MDC

VALISITY M BEAL

6545 Theodore Street

Philadelphia, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  VALISITY M BEAL

  6545 Theodore Street

  Philadelphia, PA 19142

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 8/22/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee