IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re    Valisity M Beal | ) | Chapter 13 |
| Debtor | ) | |
| | ) | No. 17-11874-MDC |
| | ) | |
| | ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

                                           /s/David M. Offen
                                           David M. Offen
                                           Attorney for Debtor(s)

Date: 1/7/20