IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Valisity M. Beal | : | |
|    Debtor | : | No. 17-11874-MDC |

O R D E R

AND NOW, this_____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.


HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Valisity M Beal