IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
                                :
Valisity M. Beal               :
        Debtor                  :        No. 17-11874-MDC

### O R D E R

AND NOW, this ___16th___ day of ___January___, 2020,

upon consideration of the Motion to Modify Plan After

Confirmation, it is hereby ORDERED, that the debtor's confirmed

plan is modified and the Modified Plan attached hereto as Exhibit

"A" shall be the new plan.


                        HONORABLE MAGDELINE D. COLEMAN
                        CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Valisity M Beal