United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Valisity M Beal  
       Debtor

Case No. 17-11874-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Jan 17, 2020  
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.  
db          +Valisity M Beal,    6545 Theodore Street,    Philadelphia, PA 19142-2821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:  
          DAVID M. OFFEN    on behalf of Debtor Valisity M Beal dmo160west@gmail.com,  
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 13
                                    :
Valisity M. Beal                    :
        Debtor                      :    No. 17-11874-MDC

O R D E R

AND NOW, this 16th day of January, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Valisity M Beal