IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    CHAPTER 13
                                      :
   Valisity Beal                      :    No. 17-11874-MDC
    Debtor                            :

O  R  D  E  R

AND NOW, this   14th   day of   October  , 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE