United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11874-mdc |
| Valisity M Beal | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 1 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: 138NEW | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++   Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valisity M Beal, 6545 Theodore Street, Philadelphia, PA 19142-2821 |
| 13884490 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13884491 | | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 13946289 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13884492 | + | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 13884493 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13893062 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 West Main Street, Bloomsburg PA 17815 |
| 13884496 | + | Shapiro Law Office, P.C., P.O. Box 20, 712 Darby Road, Havertown, PA 19083-4606 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2020 02:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13884481 | | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 20 2020 02:04:00 | Alliance One Receivable Management, PO Box 3104, Southeastern, PA 19398-3104 |
| 13937303 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2020 02:18:08 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13978327 | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:06:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13884485 | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:06:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 13884484 | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:06:00 | City of Philadelphia, Dept. of Revenue - Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |

Case 17-11874-mdc  Doc 63  Filed 10/21/20  Entered 10/22/20 01:44:51  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: ChrissyW | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 138NEW | Total Noticed: 26 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13884486 | + | Email/Text: bankruptcy@credencerm.com | Oct 20 2020 02:06:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 13884487 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2020 02:06:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 13951192 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2020 02:18:09 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13924729 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2020 02:19:04 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13952390 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2020 02:17:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13884494 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2020 02:19:03 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13884495 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 20 2020 02:17:12 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 13895873 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 20 2020 02:17:12 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 13928991 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2020 02:17:14 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13884497 | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:06:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13884488 | * | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 13884482 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 13884483 | ##++++ | CENTRAL CREDIT SERVICES LLC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708, address filed with court:, Central Credit Services LLC, 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 13884489 | ##+ | Eltman Law, P.C., 101 Hudson Street, Ste 2702, Jersey City, NJ 07302-3929 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 21, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 3 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: 138NEW | Total Noticed: 26 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Valisity M Beal dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Valisity M Beal

     Debtor(s)

Bankruptcy No: 17−11874−mdc

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                      For The Court
                      Timothy B. McGrath
                      Clerk of Court

Dated: 10/16/20

                      59 − 58
                      Form 138_new